Lawrence Spasojevich, Esq.
Spasojevich Law, P.C.
*Attorney for Plaintiff*
9224 Queens Boulevard #740010
Rego Park, New York 11374
T: (914) 487-3592

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ALEKSEI PANOV,

          Case No.
          2:24-CV-8199

      Plaintiff,

          **REQUEST FOR CERTIFICATE**
          **OF DEFAULT**

-against-

PRESTIGE WINDOW WORKS CORPORATION,

      Defendant.
_____

   **TO:**   **BRENNA B. MAHONEY**
          **UNITED STATES DISTRICT COURT**
          **EASTERN DISTRICT OF NEW YORK**

     Please enter the default of Defendant, PRESTIGE WINDOW WORKS CORPORATION, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as it fully appears from the court file herein and from the attached affirmation of Lawrence Spasojevich, Esq.

   Dated: Queens, New York
          January 6, 2025

                        Respectfully submitted,

                By:  *Lawrence Spasojevich*
                      Lawrence Spasojevich