Lawrence Spasojevich, Esq.
Spasojevich Law, P.C.
*Attorney for Plaintiff*
9224 Queens Boulevard #740010
Rego Park, New York 11374
T: (914) 487-3592

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

ALEKSEI PANOV,

                                        Case No.
                                        2:24-CV-8199

                    Plaintiff,

                                        **AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

-against-

PRESTIGE WINDOW WORKS CORPORATION,

                    Defendant.

_____

    Lawrence Spasojevich, Esq. hereby submits this affirmation in support of the request for a certificate of default and declares, under the penalty of perjury that the preceding is true and accurate to the best of my knowledge, the following:

    1. I am a member of Spasojevich Law, P.C., attorneys for the Plaintiff, ALEKSEI PANOV ("Plaintiff"), in the above captioned matter, and as such I am fully familiar with the facts and circumstances set forth herein.

    2. I submit this affirmation in support of Plaintiff's Request for a Certificate of Default noting the default of the Defendant, PRESTIGE WINDOW WORKS CORPORATION (hereinafter "Defendant").

3. This action was commenced with the filing of a Complaint in this Court on November 26, 2024 and pursuant to 29 U.S.C. §216(b), 29 U.S.C. § 206(d), 29 U.S.C. § 2615(a), 28 U.S.C. §§ 1331, 1332, 1337 and 1343.

4. This action seeks redress of the Defendant's violations of both the Fair Labor Standards Act and the New York Labor Law's requirements.

5. Defendant, PRESTIGE WINDOW WORKS CORPORATION, was personally served on December 10, 2024 by delivering the Summons in Civil Action and Complaint for this action upon Sue Zouky, a clerk in the office of the Secretary of State of the State of New York at the Office of the Secretary of State of the State of New York.

6. Proof of service of the summons and complaint upon Defendant, PRESTIGE WINDOW WORKS CORPORATION, was therefore filed on December 18, 2024, Doc. #6.

7. The time Defendant, PRESTIGE WINDOW WORKS CORPORATION, had to answer or otherwise move with respect to the complaint herein has expired.

8. Defendant, PRESTIGE WINDOW WORKS CORPORATION, has not answered or otherwise moved with respect to the complaint, and the time for Defendant, PRESTIGE WINDOW WORKS CORPORATION, to answer or otherwise move has not been extended.

9. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to the Plaintiff, and that no part thereof has been paid.

**WHEREFORE**, Plaintiff, ALEKSEI PANOV, requests that the default of Defendant, PRESTIGE WINDOW WORKS CORPORATION, be noted and a certificate of default issued.

Dated: Queens, New York
       January 6, 2025

Respectfully submitted,

By: *Lawrence Spasojevich*
Lawrence Spasojevich, Esq.