UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALEKSEI PANOV,

                              Plaintiff,

-against-

PRESTIGE WINDOW WORKS CORPORATION,

                              Defendant.

Case No. 2:24-CV-8199

**CLERK'S CERTIFICATE OF DEFAULT**

---

    I, **BRENNA B. MAHONEY**, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on November 26, 2024 with the filing of a summons and complaint. Defendant, PRESTIGE WINDOW WORKS CORPORATION, was personally served on December 10, 2024 by delivering and leaving a copy of the summons and complaint with Sue Zouky, a clerk in the office of the Secretary Of State of New York in the City of Albany. Proof of service was therefore filed on December 18, 2024, Doc. #6.

    I further certify that the docket entries indicate that the Defendant, PRESTIGE WINDOW WORKS CORPORATION, has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant, PRESTIGE WINDOW WORKS CORPORATION, is hereby noted.

Dated: Brooklyn, New York                           **BRENNA B. MAHONEY**
      _____, 202\_                               **Clerk of Court**

                                                            By: _____
                                                                   **Deputy Clerk**