Lawrence Spasojevich, Esq.
Spasojevich Law, P.C.
*Attorney for Plaintiff*
9224 Queens Boulevard #740010
Rego Park, New York 11374
T: (914) 487-3592

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

ALEKSEI PANOV,

                                               Case No.
                                               2:24-CV-8199

                          Plaintiff,              **REQUEST FOR CERTIFICATE**
                                                             **OF DEFAULT**

-against-

PRESTIGE WINDOW WORKS CORPORATION,

                          Defendant.

_____

      **TO:**    **BRENNA B. MAHONEY**
                **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF NEW YORK**

     Please enter the default of Defendant, PRESTIGE WINDOW WORKS CORPORATION, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as it fully appears from the court file herein and from the attached affirmation of Lawrence Spasojevich, Esq.

     Dated: Queens, New York
             January 14, 2025

                                            Respectfully submitted,

                               By:   *Lawrence Spasojevich*
                                       Lawrence Spasojevich