Lawrence Spasojevich, Esq.
Spasojevich Law, P.C.
*Attorney for Plaintiff*
52 Duane Street, 7th Floor
New York, New York 11102
T: (914) 487-3592
Email: ls@spasojevichlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

ALEKSEI PANOV,

                                           CASE NO. 2:24-cv-8199

                 Plaintiff,       **DECLARATION OF SERVICE**

-against-

PRESTIGE WINDOW WORKS CORPORATION,

                                           ECF Case,
                 Defendant.
_____

     I, Lawrence Spasojevich, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that that on January 14, 2025, I served a true copy of the annexed Request for Certificate of Default, Declaration in Support, and Proposed Certificate of Default by mailing same in a sealed envelope with postage prepaid thereon, in a post office or official depository if the U.S. Post Service within the State of New York, addressed to the last known address of the addressees, as indicated below:

PRESTIGE WINDOW WORKS CORPORATION
1955 EAST 7TH STREET APT. #2D
BROOKLYN, NEW YORK

The foregoing addresses are the addresses within the State designated by the Defendant, PRESTIGE WINDOW WORKS CORPORATION, for service of process upon the preceding papers in this action, or the place where the Defendant, PRESTIGE WINDOW WORKS CORPORATION, kept an office, between which there then was and is now a regular communication by mail, or the place designated by the Defendant, PRESTIGE WINDOW WORKS CORPORATION, with the New York State Secretary of State for service of process pursuant to the applicable provisions of the BCL.

Dated: New York, New York
       January 14, 2025

                                      Respectfully submitted

                                      By: *Lawrence Spasojevich*
                                             Lawrence Spasojevich, Esq.