**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEKSEI PANOV,

                Plaintiff,   **CLERK'S CERTIFICATE OF DEFAULT**

- against -   CV 24-8199 (SJB) (AYS)

PRESTIGE WINDOW WORKS CORPORATION,

                Defendant.
-----------------------------------------------------------------X

    **I,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant PRESTIGE WINDOW WORKS CORPORATION has not filed an answer or otherwise moved with respect to the Complaint, and that the time to answer or move has expired.

    The default of defendant PRESTIGE WINDOW WORKS CORPORATION is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: January 27, 2025
       Central Islip, New York

                                                               BRENNA B. MAHONEY
                                                               CLERK OF COURT

                                              BY:   /s/ JAMES J. TORITTO
                                                                 DEPUTY CLERK