Lawrence Spasojevich (LS 0945)
Spasojevich Law, P.C.
*Attorneys for Plaintiff*
9224 Queens Boulevard #740010
Queens, New York 11379
Tele:   (914) 487-3592
Email: ls@spasojevichlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ALEKSEI PANOV,

                                         CASE NO. 2:24-CV-8199

             Plaintiff,     **DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DAMAGES**

-against-

PRESTIGE WINDOW WORKS CORPORATION

                                        ECF Case,

             Defendant
_____

ALEKSEI PANOV declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a named Plaintiff in this lawsuit.

2. I brought the above-captioned lawsuit against Defendant, PRESTIGE WINDOW WORKS CORPORATION due to its willful violations of numerous provisions of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL").

3. To the best of my recollection, I was hired by the Defendant on July 25, 2023 and remained employed until November 5, 2024.

4. Defendant's business was the installation of windows and other housing fixtures.

Doc ID: ab740f48316522d0d7d99c07aa643a4e2c034e6d

5. During my employment, Defendant set my rate of pay, maintained by employment records, hired me, and processed the payment of wages.

6. I was hired as a windows installer to work for the Defendant.

7. My primary duties were construction and installation of windows as well as window and wood work.

8. Throughout my employment, I observed the Defendant transact business which forms the reasonable belief that the Defendant received $500,000.00 in gross receipts a year and conducted business involving interstate commerce; specifically: based upon the number of jobs in a given week, pay structure per job and approximately three to four individuals working per job as well performing installations in New Jersey occasionally.

9. Throughout my employment with the Defendant and upon my recall and recollection, I worked a normal schedule of Monday through Friday 8:00 a.m. to 6:30 p.m. and also worked Saturdays 8:00 a.m. to 6:30 p.m. twice a month during the year of 2023.

10. From the beginning of my employment with the Defendant until November 5, 2024, I was paid at a piece rate by Defendant per job completed which averaged $1,200.00 per week.

11. Although I regularly worked over forty (40) hours per week, I did not receive an overtime premium for all hours worked over forty (40) in a work week.

12. Defendant have willfully failed to provide me with proper wage statements on each payday that accurately reflected the number of hours that I worked, my regular rate of pay, my overtime rate of pay that I worked over forty in a given week.

13. Moreover, Defendant intentionally failed to provide me with a wage notice at the time of hire, or any time thereafter containing my rates of pay and basis thereof; whether I was paid by the

Doc ID: ab740f48316522d0d7d99c07aa643a4e2c034e6d

hour, shift, day, week, salary, piece, commission, or other; whether any allowances were claimed as part of the minimum wage, including tip, meal or lodging allowances; the regular pay day designated by the Defendant; the name and physical addresses of Defendant; any "doing business as" names used by Defendant; and Defendant' mailing addresses and telephone numbers.

14. As a result of the Defendant's failure to provide me documentation with the hours worked, my overtime rate, and a paystub, I was unaware that I may be owed overtime wages until after my termination.

15. Therefore, as I was unaware of Defendant's violations of the FLSA and NYLL, I was unable to advocate for myself and demand payment of the wages owed to me during my employment.

16. Accordingly, I filed this lawsuit with the Court.

I declare, under penalty of perjury that the above and foregoing information is true and correct.

Date:  New York, New York
       04 / 21 / 2025

By: _____
    ALEKSEI PANOV

Doc ID: ab740f48316522d0d7d99c07aa643a4e2c034e6d



Audit trail

| | |
|---|---|
| Title | A.P Declaration.pdf |
| File name | A.P%20Declaration.pdf |
| Document ID | ab740f48316522d0d7d99c07aa643a4e2c034e6d |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**
**04 / 18 / 2025**
15:21:23 UTC
Sent for signature to Aleksei Panov (paamilan1014@gmail.com) from ls@spasojevichlaw.com
IP: 100.12.172.103

**VIEWED**
**04 / 21 / 2025**
14:28:30 UTC
Viewed by Aleksei Panov (paamilan1014@gmail.com)
IP: 172.56.34.163

**SIGNED**
**04 / 21 / 2025**
14:28:51 UTC
Signed by Aleksei Panov (paamilan1014@gmail.com)
IP: 172.56.34.163

**COMPLETED**
**04 / 21 / 2025**
14:28:51 UTC
The document has been completed.

Powered by Dropbox Sign