| | |
|---|---|
| **Plaintiff** | Aleksei Panov |
| **Defendant** | Prestige Window Works Corp. |
| **Case No.** | 2:24-CV-8199 |

**Damage Calculation**

| | | |
|---|---|---:|
| Unpaid Overtime | $ | 11,034.29 |
| Liquidated Damages | $ | 11,034.29 |
| NYLL 195(1) Violation | $ | 5,000.00 |
| NYLL 195(3) Violation | $ | 5,000.00 |
| **Total Damages** | $ | 32,068.57 |

| Week | Week Start Date | Week Ending Date | Total Hours | Normal Hours | Overtime Hours | Normal Rate | Overtime Rate | Regular Wage Owed | Overtime Wage Owed | Total Wages Owed | Paid By Employer | Upaid Wages | Liquidated Damages | Total Upaid Wages Owed | Total Liquidated Damages Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Jul-23 | 7-Jul-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | $11,034.29 | $11,034.29 |
| 2 | 8-Jul-23 | 14-Jul-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 3 | 15-Jul-23 | 21-Jul-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 4 | 22-Jul-23 | 28-Jul-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 5 | 29-Jul-23 | 4-Aug-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 6 | 5-Aug-23 | 11-Aug-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 7 | 12-Aug-23 | 18-Aug-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 8 | 19-Aug-23 | 25-Aug-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 9 | 26-Aug-23 | 1-Sep-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 10 | 2-Sep-23 | 8-Sep-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 11 | 9-Sep-23 | 15-Sep-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 12 | 16-Sep-23 | 22-Sep-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 13 | 23-Sep-23 | 29-Sep-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 14 | 30-Sep-23 | 6-Oct-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 15 | 7-Oct-23 | 13-Oct-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 16 | 14-Oct-23 | 20-Oct-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 17 | 21-Oct-23 | 27-Oct-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 18 | 28-Oct-23 | 3-Nov-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 19 | 4-Nov-23 | 10-Nov-23 | 50 | 40 | 10 | $24.00 | $12.00 | $1,200.00 | $120.00 | $1,320.00 | $1,200.00 | $120.00 | $120.00 | | |
| 20 | 11-Nov-23 | 17-Nov-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 21 | 18-Nov-23 | 24-Nov-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 22 | 25-Nov-23 | 1-Dec-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 23 | 2-Dec-23 | 8-Dec-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 24 | 9-Dec-23 | 15-Dec-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 25 | 16-Dec-23 | 22-Dec-23 | 63 | 40 | 23 | $19.05 | $9.52 | $1,200.00 | $219.05 | $1,419.05 | $1,200.00 | $219.05 | $219.05 | | |
| 26 | 23-Dec-23 | 29-Dec-23 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 27 | 30-Dec-23 | 5-Jan-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 28 | 6-Jan-24 | 12-Jan-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 29 | 13-Jan-24 | 19-Jan-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 30 | 20-Jan-24 | 26-Jan-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 31 | 27-Jan-24 | 2-Feb-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 32 | 3-Feb-24 | 9-Feb-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 33 | 10-Feb-24 | 16-Feb-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 34 | 17-Feb-24 | 23-Feb-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 35 | 24-Feb-24 | 1-Mar-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 36 | 2-Mar-24 | 8-Mar-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 37 | 9-Mar-24 | 15-Mar-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 38 | 16-Mar-24 | 22-Mar-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 39 | 23-Mar-24 | 29-Mar-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 40 | 30-Mar-24 | 5-Apr-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 41 | 6-Apr-24 | 12-Apr-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 42 | 13-Apr-24 | 19-Apr-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 43 | 20-Apr-24 | 26-Apr-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 44 | 27-Apr-24 | 3-May-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 45 | 4-May-24 | 10-May-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 46 | 11-May-24 | 17-May-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 47 | 18-May-24 | 24-May-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 48 | 25-May-24 | 31-May-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 49 | 1-Jun-24 | 7-Jun-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 50 | 8-Jun-24 | 14-Jun-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 51 | 15-Jun-24 | 21-Jun-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 52 | 22-Jun-24 | 28-Jun-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 53 | 29-Jun-24 | 5-Jul-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 54 | 6-Jul-24 | 12-Jul-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 55 | 13-Jul-24 | 19-Jul-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 56 | 20-Jul-24 | 26-Jul-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 57 | 27-Jul-24 | 2-Aug-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 58 | 3-Aug-24 | 9-Aug-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 59 | 10-Aug-24 | 16-Aug-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 60 | 17-Aug-24 | 23-Aug-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 61 | 24-Aug-24 | 30-Aug-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 62 | 31-Aug-24 | 6-Sep-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 63 | 7-Sep-24 | 13-Sep-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 64 | 14-Sep-24 | 20-Sep-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 65 | 21-Sep-24 | 27-Sep-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 66 | 28-Sep-24 | 4-Oct-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 67 | 5-Oct-24 | 11-Oct-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 68 | 12-Oct-24 | 18-Oct-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 69 | 19-Oct-24 | 25-Oct-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 70 | 26-Oct-24 | 1-Nov-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |
| 71 | 2-Nov-24 | 8-Nov-24 | 52.5 | 40 | 12.5 | $22.86 | $11.43 | $1,200.00 | $142.86 | $1,342.86 | $1,200.00 | $142.86 | $142.86 | | |