Lawrence Spasojevich, Esq.
Spasojevich Law, P.C.
*Attorney for Plaintiff*
52 Duane Street, 7th Floor
New York, New York 11102
T: (914) 487-3592
Email: ls@spasojevichlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALEKSEI PANOV,

        CASE NO. 2:24-cv-8199

Plaintiff,    **DECLARATION OF SERVICE**

-against-

PRESTIGE WINDOW WORKS CORPORATION,

    ECF Case,
Defendant.

---

    I, Lawrence Spasojevich, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that that on May 20, 2025, I served a true copy of the Notice of Motion for Default Judgment, Memorandum of Law, Declaration of Lawrence Spasojevich, and Exhibits annexed thereto by mailing same in a sealed envelope with postage prepaid thereon, in a post office or official depository if the U.S. Post Service within the State of New York, addressed to the last known address of the addressees, as indicated below:

PRESTIGE WINDOW WORKS CORPORATION
1955 EAST 7TH STREET APT. #2D
BROOKLYN, NEW YORK

The foregoing addresses are the addresses within the State designated by the Defendant, PRESTIGE WINDOW WORKS CORPORATION, for service of process upon the preceding papers in this action, or the place where the Defendant, PRESTIGE WINDOW WORKS CORPORATION, kept an office, between which there then was and is now a regular communication by mail, or the place designated by the Defendant, PRESTIGE WINDOW WORKS CORPORATION, with the New York State Secretary of State for service of process pursuant to the applicable provisions of the BCL.

Dated: New York, New York
      May 20, 2025

Respectfully submitted

By: *Lawrence Spasojevich*
     Lawrence Spasojevich, Esq.