# SLPC

**Spasojevich Law, P.C.**

9224 QUEENS BOULEVARD
#740010
REGO PARK, NY 11374

SPASOJEVICHLAW.COM
(914) 487-3592

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 930
Central Islip, New York 11722
**Filed via ECF**

May 28, 2025

**RE:**   *Aleksei Panov vs. Prestige Window Works Corporation*
        **Docket No. 1:24-cv-8199 (Response to Court's January 9, 2025 Order)**

Dear Judge Bulsara:

Please allow this correspondence to serve as a response to the Court's May 21, 2025
Order.

Annexed hereto this correspondence is a certificate of compliance pursuant to Local Rule
(L.R.) 7.1(c).

I thank the Court for its attention to this matter.

Respectfully,

_____/s/_____
Lawrence Spasojevich, Esq.