## CERTIFICATE OF COMPLIANCE PURSUANT TO CIVIL L.R. 7.1(C)

Pursuant to L.R. 7.1(c), the foregoing memorandum of law was prepared on a computer and complies with the word-count limitations and formatting as specified in L.R. 7.1(c). The total number of words in the brief, inclusive of point headings and footnotes and exclusive of pages containing the table of contents, table of authorities, or any authorized addendum is 4580.

Dated: May 28, 2025

*Lawrence Spasojevich*
Lawrence Spasojevich, Esq.
*Attorney for Plaintiff*