UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALEKSEI PANOV,

                              Plaintiff,

                                                            **ORDER**
-against-                                         24-CV-08199-SJB-AYS

PRESTIGE WINDOW WORKS CORPORATION,

                              Defendant.
----------------------------------------------------------------X

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

      Plaintiff Aleksei Panov has filed a motion for default judgment, seeking a default judgment against Prestige Window Works Corporation.  (Mot. for Default J. dated May 20, 2025, Dkt. No. 11).  The motion is procedurally defective because:

1. Plaintiff has not filed a proposed order detailing the proposed judgment to be entered.  *See* Local Rule 55.2(a)(2).

2. Plaintiff has not filed an affidavit or declaration establishing that he has complied with the Servicemembers Civil Relief Act, or that the party against whom judgment is sought is not a minor or incompetent person.  *See* Local Rule 55.2(a)(1).

3. Plaintiff's statement of damages has not been "sworn or affirmed to by one or more people with personal knowledge."  Local Rule 55.2(c); (*see* Statement of Damages ("Damages Stmt."), Dkt. No. 11-7).

4. Plaintiff's statement of damages does not include the basis for interest, attorney's fees, and costs.  *See* Local Rule 55.2(c); (Damages Stmt.).

Because this is the first denial of the motion for default judgment, the motion is denied without prejudice to renewal.  The motion may be renewed no later than September 25, 2025, correcting these deficiencies.  Failure to renew the motion may lead to dismissal of the Complaint and a direction that the Clerk of Court close the case.

                                                      SO ORDERED.

                                                      */s/ Sanket J. Bulsara*   August 26, 2025
                                                      SANKET J. BULSARA
                                                      United States District Judge

Date:  August 26, 2025
         Central Islip, New York