Lawrence Spasojevich (LS0945)
Spasojevich Law, P.C.
52 Duane Street, 7th Floor
New York, New York 10007
Tele:  (914) 487-3592
Email: ls@spasojevichlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALEKSEI PANOV,

                                                  CASE NO. 2:24-CV-8199

                 Plaintiff,      **NOTICE OF MOTION FOR DEFAULT**

-against-

PRESTIGE WINDOW WORKS CORPORATION,

                                                  ECF Case,

                 Defendant.

---

  **PLEASE TAKE NOTICE** that the declaration of Lawrence Spasojevich, Esq, the memorandum of law, along with all exhibits, and upon the Complaint and all prior proceedings herein, Plaintiff will move this Court, the Hon. Sanket J. Bulsara, United States District Judge, for an order granting the Plaintiff a default judgment against the Defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure together with any further relief this Court deems just, proper and equitable.

Dated: New York, New York
       September 25, 2025

                                                By: *Lawrence Spasojevich*
                                                     Lawrence Spasojevich, Esq. (LS0945)