Lawrence Spasojevich (LS0945)
Spasojevich Law, P.C.
52 Duane Street, 7th Floor
New York, New York 10007
Tele: (914) 487-3592
Email: ls@spasojevichlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALEKSEI PANOV,

                                                                                               CASE NO.
                                                                                               2:24-CV-8199

                                            Plaintiff,               **DECLARATION OF**
                                                                                                  **COMPLICANCE**

-against-

PRESTIGE WINDOW WORKS CORPORATION,

                                                                                               ECF Case,
                                        Defendant.

---

I, Lawrence Spasojevich, Esq., declares pursuant to 28 U.S.C. § 1746 as follows:

1.     I am lead attorney at Spasojevich Law, P.C. and counsel for the named Plaintiff, ALEKSEI PANOV.

2.     I am familiar with the facts and circumstances alleged in this action.

3.     I make this declaration in support of the Plaintiff's Motion for Default Judgment and Damages against Defendant, PRESTIGE WINDOW WORKS CORPORATION, to assert compliance with United States District Court, Eastern District Of New York's Local Rule 55.2.

4.     Pursuant to Local Rule 55.2(a)(1)(A), the Clerk entered default on January 27, 2025 under Local Civil Rule 55.1 and was properly served.

5.      Plaintiff has complied with the Servicemembers Civil Relief Act 50(a) U.S.C. § 521 in that Defendant, PRESTIGE WINDOW WORKS CORPORATION, is a corporation and Servicemembers Civil Relief Act 50(a) U.S.C. § 521 does not apply to Defendant, PRESTIGE WINDOW WORKS CORPORATION.

6.      The Defendant, PRESTIGE WINDOW WORKS CORPORATION, whom judgment is sought is not known to be a minor or an incompetent person nor is Defendant, PRESTIGE WINDOW WORKS CORPORATION, represented by a general guardian, conservator, or other fiduciary who has appeared.

7.      A statement of damages has been filed with this Motion for Default Judgment.

8.      A proposed Order has been filed with this Motion for Default Judgment.

9.      A certificate of service stating that all documents in support of the request for default judgment, including the "Clerk's Certificate of Default" and any papers required by this rule, have been personally served on, or mailed to the last known residence (for an individual defendant) or business address (for other defendants) of, the party against whom default judgment is sought has been filed with this Motion for Default Judgment.

Dated: New York, New York
        September 25, 2025

**SPASOJEVICH LAW, P.C.**

*Lawrence Spasojevich*
_____
By: Lawrence Spasojevich, Esq.
52 Duane Street, 7th Floor
New York, New York 10007
(914) 487-3592

8