Attorney(s): Spasojevich Law PC
Index #: 2:24-cv-08199
Purchased/Filed:
State of: New York
Court: U.S. District
County/District: Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Aleksei Panov

Plaintiff(s)

against

Prestige Window Works Corporation

Defendant(s)

| | |
|---|---|
| STATE OF NEW YORK )<br>COUNTY OF ALBANY ) SS<br>CITY OF ALBANY ) | **DESCRIPTION OF PERSON SERVED:** Approx. Age: 70 Yrs.<br>Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White<br>Hair color: Blonde Other: |

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **December 10, 2024**, at **1:50 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: **SUMMONS IN A CIVIL ACTION & COMPLAINT**

on

**Prestige Window Works Corporation**

the Defendant in this action, by delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
10th day of December, 2024

_[signature: Yvonne Strain]_
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2026

_[signature: Robert Guyette]_
Robert Guyette
Invoice-Work Order # 2456297
Attorney File # 2470581