UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEKSEI PANOV,

                Plaintiff,

- against -

PRESTIGE WINDOW WORKS CORPORATION,

                Defendant.
-------------------------------------------------------------X

**CLERK'S CERTIFICATE OF DEFAULT**
CV 24-8199 (SJB) (AYS)

I**,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant PRESTIGE WINDOW WORKS CORPORATION has not filed an answer or otherwise moved with respect to the Complaint, and that the time to answer or move has expired.

The default of defendant PRESTIGE WINDOW WORKS CORPORATION is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: January 27, 2025
      Central Islip, New York

                                          BRENNA B. MAHONEY
                                          CLERK OF COURT

                            BY:    /S/ JAMES J. TORITTO
                                          DEPUTY CLERK