Lawrence Spasojevich (LS0945)
Spasojevich Law, P.C.
*Attorneys for Plaintiff*
52 Duane Street, 7th Floor
New York, New York 10007
Tele:  (914) 487-3592
Email: ls@spasojevichlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ALEKSEI PANOV,

                             CASE NO. 2:24-CV-8199

            Plaintiff,     **DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DAMAGES**

-against-

PRESTIGE WINDOW WORKS CORPORATION,

                             ECF Case,
            Defendant
_____

ALEKSEI PANOV declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a named Plaintiff in this lawsuit.

2. I brought the above-captioned lawsuit against Defendant, PRESTIGE WINDOW WORKS CORPORATION due to its willful violations of numerous provisions of the Fair Labor Standards Act ("F.L.S.A.") and the New York Labor Law ("N.Y.L.L.").

**Employment Information**

3. To the best of my recollection, I was hired by the Defendant on July 25, 2023 to work out of the Defendant's location at 1955 East 7th Street Apt. #2d Brooklyn, New York 11223 where

1

Doc ID: 1398ab29636ae717e1d3514e7fb9a0dfa927bba6

I remained employed until November 5, 2024.

4. Defendant's business was the performing installation contracts in both New York and New Jersey.

5. During my employment, Defendant set my rate of pay, maintained by employment records, hired me, and processed the payment of wages.

6. My primary duties were construction and installation of windows as well as window and woodwork.

7. Throughout my employment, I observed the Defendant transact business which forms the reasonable belief that the Defendant received $500,000.00 in gross receipts a year and conducted business involving interstate commerce; specifically: based upon the number of projects in a given week, pay strcuture per job, and the approximately three to four individuals working per contract as well as the occasional installations in New Jersey.

8. Throughout my employment with the Defendant and upon my recall and recollection, I worked Monday through Friday 8:00 a.m. to 6:30 p.m. and Saturdays 8:00 a.m. to 6:30 p.m. twice a month during the year 2023.

9. From the beginning of my employment with the Defendant until November 5, 2024, I was paid an average daily compensation of $1,200.00 on average due to paid per contract by the Defendant.

**Unpaid Overtime Wage Claim**

10. Although I regularly worked over forty (40) hours per week, I did not receive an overtime premium of one and one-half times my regular rate of pay for those hours.

11. Specifically, and upon my recall and recollection, I worked, on average, Fifty-Two (52) Or Sixty-Three (63) overtime hours a week throughout the course of my employment.

Doc ID: 1398ab29636ae717e1d3514e7fb9a0dfa927bba6

12. As I was paid a daily rate, I believe I am entitled to the unpaid half time my regular rate of $19.05 if Plaintiff worked six (6) days a week or $22.86 if Plaintiff worked five (5) days a week multiplied by the hours of overtime I worked in a week.

13. Therefore, I am owed $11,034.29 in unpaid overtime wages.

14. Defendants have willfully failed to provide me with proper wage statements on each payday that accurately reflected the number of hours that I worked, my regular rate of pay, my overtime rate of pay that I worked over forty in a given week.

15. Moreover, Defendants intentionally failed to provide me with a wage notice at the time of hire, or any time thereafter containing my rates of pay and basis thereof; whether I was paid by the hour, sift, day, week, salary, piece, commission, or other; whether any allowances were claimed as part of the minimum wage, including tip, meal or lodging allowances; the regular pay day designated by the Defendants; the name and physical addresses of Defendants; any "doing business as" names used by Defendants; and Defendants' mailing addresses and telephone numbers.

16. Accordingly, I filed this lawsuit with the Court.

I declare, under penalty of perjury that the above and foregoing information is true and correct.

Date:   New York, New York
         09 / 24 / 2025

By: _____
ALEKSEI PANOV

Doc ID: 1398ab29636ae717e1d3514e7fb9a0dfa927bba6