# Activities Export

09/25/2025
9:24 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 09/22/2025 | 🕐 | Motion Related Procedures: Drafting Default Judgment<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 1.00h | $400.00 | - | $400.00 |
| 09/22/2025 | | -<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 1.00 | $405.00 | - | $405.00 |
| 01/14/2025 | 🕐 | Motion Related Procedures: Document: Response to January 9, 2025 order.pdf<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 0.40h | $400.00 | - | $160.00 |
| 01/04/2025 | | PRESTIGE WINDOW WORKS CORPORATION c/o SOS Summons in a Civil Action and Complaint<br>Secretary of State Fee 1 $40.00<br>Advancement of fees 1 $3.00<br>Service of Secretary of State 1 $51.00<br>Copies for Service 22 $0.20 $4.40<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Cary Perez | 1.00 | $101.35 | - | $101.35 |
| 12/18/2024 | 🕐 | Initial Filing Procedures: Document: Affidavit of Service-Panov v. Prestige Window Works Corporation.pdf<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 0.10h | $400.00 | - | $40.00 |
| 12/03/2024 | 🕐 | Client portal communication<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 0.10h | $0.00 | - | $0.00 |
| 11/26/2024 | 🕐 | Initial Filing Procedures: Document: Panov Civil Cover Sheet.pdf | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 0.10h | $400.00 | - | $40.00 |

|  |  |  |  |  |  |  | $0.00<br>0.00h | $2,626.35<br>5.40h |

# Activities Export

09/25/2025
9:24 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 11/26/2024 | 🕐 | Initial Filing Procedures: Document: Panov Summons.pdf<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 0.10h | $400.00 | - | $40.00 |
| 11/18/2024 | 🕐 | Meeting Related Procedures: Follow Up Meeting with Client<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 1.60h | $400.00 | - | $640.00 |
| 11/18/2024 | 🕐 | Initial Filing Procedures: Document: Panov Complaint.pdf<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 1.20h | $400.00 | - | $480.00 |
| 11/13/2024 | 🕐 | Communications: Initial Meeting with Client<br>🔵 Unbilled | 2024-Panov.A-00753 Wage and Hour - Overtime | Lawrence Spasojevich | 0.80h | $400.00 | - | $320.00 |
| | | | | | 0.00h | | $0.00 | $2,626.35<br>5.40h |