# INTERCOUNTY JUDICIAL SERVICES

6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791   PHONE 516-248-8270   Fax 516-294-6225

TAX ID No.: 27-1372122

**INVOICE:** 2470581

**Remit payment with Job Number**

Job # 2470581
01/03/2025

Your File No.:

Spasojevich Law PC
Lawrence Spasojevich
9224 Queens Blvd #740010
Rego Park , NY 11374

CK/CC#        Amount

**Payment applied:**

| | | |
|---|---|---|
| Caption: | ALEKSEI PANOV *vs* PRESTIGE WINDOW WORKS CORPORATION | Plaintiff/Petitioner / Defendant/Respondent |

Date Received: 12/4/2024
Serve By Date: 12/16/2024
Docket or Index #: 2:24-CV-08199-PKC-
County: EASTERN
Court: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW YORK

Re: PRESTIGE WINDOW WORKS CORPORATION c/o SOS

Docs Served: Summons in a Civil Action and Complaint   Date Served: 12/10/2024

**Served** at: c/o Secretary of State, 1 Commerce Plaza, Albany, NY 12260

| Service Description | Qty | Fee | Amount |
|---|---|---|---|
| Secretary of State Fee | 1 | $40.00 | $40.00 |
| Advancement of fees | 1 | $3.00 | $3.00 |
| Service of Secretary of State | 1 | $51.00 | $51.00 |
| Copies for Service | 22 | $0.20 | $4.40 |
| | | *Total Service Fees: | $98.40 |
| | | *Total Amount Due = | $98.40 |
| **Remarks:** | | | |
| | | *Total Amount Due by Card = | $101.35 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Spasojevich Law PC
Lawrence Spasojevich
9224 Queens Blvd #740010
Rego Park , NY 11374

**Remit payment with Job Number**

Job #           2470581
Client File#
Invoice Date:  January 3, 2025
Client ID      197ED6AD-

Intercounty Judicial Services
6851 Jericho Turnpike, Suite 180
Syosset, NY 11791

Total Amount Due =           $98.40
Total Amount Due by Card =   $101.35

Amount Enclosed _____