Lawrence Spasojevich (LS0945)
Spasojevich Law, P.C.
52 Duane Street, 7th Floor
New York, New York 10007
Tele:   (914) 487-3592
Email: ls@spasojevichlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALEKSEI PANOV,

                              CASE NO. 2:24-CV-8199

        Plaintiff,        **DECLARATION OF COMPLICANCE WITH LOCAL RULE 7.1**

 -against-

PRESTIGE WINDOW WORKS CORPORATION,

                              ECF Case,
        Defendant.

---

I, Lawrence Spasojevich, Esq., declares pursuant to 28 U.S.C. § 1746 as follows:

1.   I am lead attorney at Spasojevich Law, P.C. and counsel for the named Plaintiff, ALEKSEI PANOV.

2.   I am familiar with the facts and circumstances alleged in this action.

3.   I make this declaration in support of the Plaintiff's Motion for Default Judgment and Damages against Defendant, PRESTIGE WINDOW WORKS CORPORATION, to assert compliance with United States District Court, Eastern District Of New York's Local Rule 7.1 the Honorable Judge Bulsara's Individual Practice and Rules § IV(E).

4.   The Memorandum of Law submitted with Plaintiff's Second Motion for Default Judgment is twenty-four (24) pages and six thousand three hundred one (6301) words in length,

all text is 12-point type, the document is one-inch margins on all sides, all text is double spaced, except for headings, text in footnotes, and block quotations.

Dated: Queens, New York
October 3, 2025

                                        **SPASOJEVICH LAW, P.C.**

*Lawrence Spasojevich*
_____
By: Lawrence Spasojevich, Esq.
*Attorneys for the Plaintiff(s)*
52 Duane Street, 7th Floor
New York, New York 10007
(914) 487-3592