UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

**ALEKSEI PANOV,**

                                **Plaintiff,**

  – against –

**PRESTIGE WINDOW WORKS CORPORATION,**

                                **Defendant.**

-----------------------------------------------------------------X

Case No.: 2:24-cv-8199 (SJB) (AYS)

<u>NOTICE OF APPEARANCE</u>

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. of Sage Legal LLC hereby enters his appearance as counsel for Defendant. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       November 29, 2025

                                                     Respectfully submitted,

                                                     **SAGE LEGAL LLC**

                                                     */s/ Emanuel Kataev, Esq.*
                                                     Emanuel Kataev, Esq.
                                                     18211 Jamaica Avenue
                                                   Jamaica, NY 11423-2327
                                                   (718) 412-2421 (office)
                                                   (718) 489-4155 (facsimile)
                                                   (917) 807-7819 (cellular)
                                                   emanuel@sagelegal.nyc

                                                   *Attorneys for Defendant*
                                                   *Prestige Window Works Corporation*

<u>VIA ECF</u>
Spasojevich Law, P.C.
<u>Attn</u>: Lawrence Spasojevich, Esq.
52 Duane Street, 7th Floor
New York, NY 10007-1207
(914) 487-3592 (office)
ls@spasojevichlaw.com

*Attorneys for Plaintiff*
*Aleksei Panov*