Lawrence Spasojevich (LS0945)
Spasojevich Law, P.C.
52 Duane Street, 7th Floor
New York, New York 10007
Tele:   (914) 487-3592
Email: ls@spasojevichlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALEKSEI PANOV,

                                         CASE NO. 2:24-CV-8199

                  Plaintiff,              **DECLARATION OF COMPLICANCE**

-against-

PRESTIGE WINDOW WORKS CORPORATION,

                                         ECF Case,

                  Defendant.

---

I, Lawrence Spasojevich, Esq., declares pursuant to 28 U.S.C. § 1746 as follows:

1.  I am lead attorney at Spasojevich Law, P.C. and counsel for the named Plaintiff, ALEKSEI PANOV.

2.  I am familiar with the facts and circumstances alleged in this action.

3.  I affirm that the Plaintiff's Response, Docket Entry ("DE") 20, to Defendant's Letter for a Pre-Motion Conference, DE 19, was prepared using the Time New Roman 12-point typeface, complies with  VI(G)(1) of this Court's Individual Practices for Civil and Criminal Cases in that is contains 775 words, excluding the parts of the document that are exempted by such rules, and, thus, below the 1750 word maximum as allowed pursuant to this Court's Individual Rules and Practices.

4.        In preparing this certification, I have relied on the word count of the word processing system (i.e., Microsoft word) used to prepare this affirmation.

Dated: New York, New York
      January 20, 2026

                                            **SPASOJEVICH LAW, P.C.**

*Lawrence Spasojevich*
By: Lawrence Spasojevich, Esq.
52 Duane Street, 7th Floor
New York, New York 10007
(914) 487-3592