**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS
U.S. MAGISTRATE JUDGE

DATE: 11/16/26
TIME: 11:30 AM FTR:
11:37-11:48

CASE: **CV-24-8199-SJB-AYS-** Panov v. Prestige Window Works Corporation

TYPE OF CONFERENCE: INITIAL

APPEARANCES:

Plaintiff: **Lawrence Spasojevich**

Defendant: **Emanuel Kataev**

**OTHER:** Conference held.